IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**BUSINESS LOGISTICS GROUP,
INC.**, a New Mexico corporation, and
**JULIE BORGES**, an individual,

      Plaintiffs

vs.                                      CIV 08-375 RLP/RHS

**SIMPLEFY, INC.**, a Nevada Corporation,
**ANTHONY BOWMAN**, an individual, and
**DOES 1 through 10**,

      Defendants.

## JUDGMENT PURSUANT TO F.R.CIV. 58

**THIS MATTER** came before the Court upon Defendants' Motion to Dismiss for Lack of Personal Jurisdiction [Docket No. 20]. Pursuant to the Memorandum Opinion and Order previously entered of record [Docket No. 48],

**IT IS ORDERED** and **ADJUDGED** that Defendants' Motion to Dismiss for Lack of Personal Jurisdiction is **GRANTED** and all Plaintiffs' claims against Defendants are **DISMISSED WITHOUT PREJUDICE**. This disposes of this case in its entirety.

                                                    RICHARD L. PUGLISI
                                                    United States Magistrate Judge